**BRYAN CAVE LLP**
Stuart W. Price, Cal. Bar No. 125918
Stephanie A. Blazewicz, California Bar No. 240359
Bahareh Mostajelean, California Bar No. 258903
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   415-675-3400
Facsimile:   415-675-3434
E-mail:   swprice@bryancave.com
         stephanie.blazewicz@bryancave.com
         bahareh.mostajelean@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A. (also erroneously sued as
COUNTRYWIDE, F.S.B.) and BAC HOME LOANS
SERVICING, LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BIJAN KASHI and MANIJEH KASHANI, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, COUNTRYWIDE, F.S.B., DOE CORPORATIONS 1-10, DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 3:10-cv-03573-JL <br><br> **JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Date:   February 9, 2011 <br> Time:   10:30 a.m. <br> Courtroom:   F – 15th Floor <br><br> Honorable Magistrate Judge James Larson <br><br><br> Filed:   April 1, 2010 <br> Trial Date: Not yet assigned |

This Stipulation is entered into between Plaintiffs BIJAN KASHI and MANIJEH KASHANI ("Plaintiffs") and Defendants BANK OF AMERICA, N.A. (also erroneously sued as COUNTRYWIDE, F.S.B.) and BAC HOME LOANS SERVICING, LP ("Defendants").

WHEREAS, a Case Management Conference is currently scheduled for Wednesday, February 9, 2011, at 10:30 a.m.

SF01DOCS22998.1              1

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint on October 18, 2010, with a hearing scheduled for February 9, 2011, at 9:30 a.m..

WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for February 9, 2011, and reschedule it for March 30, 2011, after pleadings are set, or at a later date convenient for the Court.

Dated: January 25, 2011         **LAW OFFICES OF DEBORAH J. PIMENTEL**

By: /s/ Ali Nehme_____
    Ali Nehme
Attorneys for Plaintiffs
BIJAN KASHI
MANIJEH KASHANI


Dated: January 25, 2011         **BRYAN CAVE LLP**

By: /s/ Bahareh Mostajelean_____
    Bahareh Mostajelean
Attorneys for Defendant
BANK OF AMERICA, N.A. (also erroneously sued as COUNTRYWIDE, F.S.B.); and
BAC HOME LOANS SERVICING, LP

SF01DOCS22998.1                 2

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

# [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of Plaintiffs BIJAN KASHI and MANIJEH KASHANI ("Plaintiff") and Defendants BANK OF AMERICA, N.A. (also erroneously sued as COUNTRYWIDE, F.S.B.) and BAC HOME LOANS SERVICING, LP ("Defendants"), and good cause appearing, IT IS ORDERED THAT the Case Management Conference shall be continued until March 30, 2011 at 10:30 a.m. The parties shall file a joint status report no later than March 23, 2011.

Dated: January 26, 2011

_____
Honorable Magistrate Judge James Larson

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

SF01DOCS22998.1                 3

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE